UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Specialized Loan Servicing LLC as servicer for Wilmington Savings Fund Society, FSB, DBA, Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust

In Re:
    Robinson, Larena aka Larena McNair
    McNair, Mahdee R.

Order Filed on October 16, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:    17-12087 ABA

Chapter: 13

Hearing Date: October 10, 2018 at 10:00 A.M.

Judge: Andrew B. Altenburg Jr.

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: October 16, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

[Type text]

Upon the motion of <u>Specialized Loan Servicing LLC as servicer for Wilmington Savings Fund Society, FSB, DBA, Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust</u>, under

Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■ Real Property More Fully Described as:

**Land and premises commonly known as Lot 27, Block 24.05, 23 Players Lane, Pine Hill NJ 08021**

☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:
Mahdee R. McNair
Larena Robinson
    Debtors

Case No. 17-12087-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Oct 16, 2018
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2018.
db/jdb        +Mahdee R. McNair,    Larena Robinson,    23 Players Lane,    Pine Hill, NJ 08021-6490

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2018 at the address(es) listed below:
         Ari David Kunofsky    on behalf of Creditor    United States of America ari.d.kunofsky@usdoj.gov,
          eastern.taxcivil@usdoj.gov;James.J.Wilkinson@usdoj.gov
         Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, DBA, Christiana
          Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19
          Grantor Trust dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
         Eric  Clayman    on behalf of Joint Debtor Larena  Robinson jenkins.clayman@verizon.net,
          connor@jenkinsclayman.com
         Eric  Clayman    on behalf of Debtor Mahdee R. McNair jenkins.clayman@verizon.net,
          connor@jenkinsclayman.com
         Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
         Jeffrey E. Jenkins    on behalf of Joint Debtor Larena  Robinson jenkins.clayman@verizon.net,
          connor@jenkinsclayman.com
         Jeffrey E. Jenkins    on behalf of Debtor Mahdee R. McNair jenkins.clayman@verizon.net,
          connor@jenkinsclayman.com
         John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A. dba Wells Fargo Dealer
          Services ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
         John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
          mortoncraigecf@gmail.com
         Rebecca Ann Solarz    on behalf of Creditor    Wilmington Savings Fund Society, FSB, DBA,
          Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee
          for WF 19 Grantor Trust rsolarz@kmllawgroup.com
         Thomas J Orr    on behalf of Creditor    Village of Little Mill Homeowner's Association, Inc.
          tom@torrlaw.com,    xerna@aol.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                              TOTAL: 13