Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                            Case No.: 17−12087−ABA
                            Chapter: 13
                            Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mahdee R. McNair                                        Larena Robinson
   23 Players Lane                                           aka Larena McNair
   Pine Hill, NJ 08021                                   23 Players Lane
                                                                 Pine Hill, NJ 08021

Social Security No.:
   xxx−xx−4488                                               xxx−xx−2398

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:      12/13/18
Time:     02:00 PM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Eric Clayman, Debtor's Attorney

COMMISSION OR FEES
Fee: $5480.50

EXPENSES
Expenses: $139.34

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: November 6, 2018
JAN:

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                           Case No. 17-12087-ABA
Mahdee R. McNair                                                 Chapter 13
Larena Robinson
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin             Page 1 of 3           Date Rcvd: Nov 06, 2018
                              Form ID: 137            Total Noticed: 71


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2018.
db/jdb       +Mahdee R. McNair,   Larena Robinson,   23 Players Lane,   Pine Hill, NJ 08021-6490
cr           +Wells Fargo Bank, N.A. dba Wells Fargo Dealer Serv,   P.O. Box 1879,
               Winterville, NC 28590-1879
516626136    +Atlantic City Expressway,   Violations Processing Center,   PO BOX 4971,
               Trenton, NJ 08650-4971
516626137     Berlin Inter Community Ambulance,   c/o Simons Agency, Inc.,   PO BOX 5026,
               Syracuse, NY 13220-5026
516835237    +Bushkill Group,   PO Box 447,   Bushkill, PA 18324-0447
516626138     Bushkill Group,   PO BOX 822991,   Philadelphia, PA 19182-2291
516626142    +CCMUA,   Po Box 1105,   Bellmawr, NJ 08099-5105
516626174    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court: Zales Credit Plan,   PO Box 183015,   Columbus, OH 43218-3015)
516626140    +Capital One AUto Finance,   c/o Northland Group, Inc.,   PO BOX 390846,
               Minneapolis, MN 55439-0846
516651037    +Caprice Lett,   12 Paslimet Rd,   Sicklerville, NJ 08081-5670
516626146     Comcast,   c/o Enhanced Recovery Company, LLC,   PO BOX 23870,   Jacksonville, FL 32241-3870
516626149    +Harvest Credit Management,   c/o Goldman & Warshaw,   118 Westfield Ave,   Clark, NJ 07066-2452
516626150    +Harvest Credit Management,   c/o Nudelman, Klemm & Golub, P.C,   425 Eagle Rock Ave #4,
               Roseland, NJ 07068-1717
516626151     IC Systems Inc.,   PO Box 64378,   Saint Paul, MN 55164-0378
516626154    +Kennedy Health,   c/o Financial Recoveries,   200 East Park Drive, Ste 100,   PO Box 1388,
               Mount Laurel, NJ 08054-7388
516626155     Kennedy Health System,   PO Box 48023,   Newark, NJ 07101-4823
516845307    +MARINER FINANCE, LLC,   8211 TOWN CENTER DRIVE,   NOTTINGHAM, MD 21236-5904
516626156     Mariner Finance,   PO Box 35394,   Baltimore, MD 21222-7394
516626157     Mariner Finance,   5851 Rt 42 Plaza 42,   Suite 16,   Turnersville, NJ 08012
516663484    +NJ Turnpike Authority,   Mark Schneider, Esq.,   581 Main Street PO Box 5042,
               Woodbridge, NJ 07095-5042
516678132     Navient Solutions, Inc. on behalf of,   United Student Aid Funds, Inc.,
               Attn: Bankruptcy Litigation Unit E3149,   PO Box 9430,   Wilkes Barre, PA 18773-9430
516637099     Navient Solutions, Inc. on behalf of USA Funds,   Attn: Bankruptcy Litigation Unit E3149,
               PO Box 9430,   Wilkes Barre, PA  18773-9430
516626159    +New Jersey Division of Taxation,   50 Barrack Street,   Trenton, NJ 08608-2006
516626161    +Pine Hill Tax Collector,   Kathy Merkh, CTC,   45 W. 7th Ave,   Pine Hill, NJ 08021-6398
516626162     Progressive,   c/o Caine & Weiner,   21210 Erwin St.,   West Hills, CA 91307
516766099    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,   Department of the Treasury,
               Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
516626165    +South Jersey Gas,   PO Box 6091,   Bellmawr, NJ 08099-6091
516626166     Specialized Loan Servicing,   PO BOX 630147,   Littleton, CO 80163-0147
517726664     United Student Aid Funds, Inc. (USAF),   PO Box 8961,   Madison WI  53708-8961
516626167     Vanz, LLC,   c/o Fein Such Kahn & Shepard PC,   7 Century Drive  Ste 201,
               Parsippany, NJ 07054-4609
516626168    +Verizon,   c/o National Recovery Operations,   14735 Hwy 65,   Andover, MN 55304-6101
516659958    +Village of Little Mill HOA,   Thomas J. Orr,   321 High Street,   Burlington, NJ 08016-4411
516626170    +Village of Little Mill Homeowners Assoc.,   c/o Law Office of Dennis McInerney, LLC,
               Moorestown Times Square,   710 E. Main Street, Ste 2B,   Moorestown, NJ 08057-3066
516626171    +Vincera Surgery Center,   1200 Constitution Ave,   Philadelphia, PA 19112-1323
516797382    +WF 19 Grantor Trust,   c/o Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
516626172    +Wells Fargo Bank,   c/o Phelan Hallinan & Diamond,   400 Fellowship Road, Suite 100,
               Mount Laurel, NJ 08054-3437
516719129     Wells Fargo Bank,,   d/b/a Wells Fargo Dealer Services,   PO Box 19657,
               Irvine, CA  92623-9657
516711903    +Wells Fargo Bank, N.A. Home Equity Group,   1 Home Campus  X2303-01A,
               Des Moines, IA 50328-0001
516626173     Wells Fargo Dealer Services,   PO box 25341,   Santa Ana, CA 92799-5341
516771812    +Wells Fargo Dealer Services, Inc.,   P.O. Box 997517,   Sacramento, CA 95899-7517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Nov 06 2018 23:45:44     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 06 2018 23:45:42     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516645726     E-mail/Text: ally@ebn.phinsolutions.com Nov 06 2018 23:44:42     Ally Financial,
               PO Box 130424,   Roseville MN 55113-0004
516626134     E-mail/Text: ally@ebn.phinsolutions.com Nov 06 2018 23:44:42     Ally Financial,
               P. O. Box 78252,   Phoenix, AZ 85062-8252
516760090     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 06 2018 23:55:49
               American InfoSource LP as agent for,   Verizon,   PO Box 248838,
               Oklahoma City, OK  73124-8838
```

```
District/off: 0312-1          User: admin              Page 2 of 3                  Date Rcvd: Nov 06, 2018
                              Form ID: 137             Total Noticed: 71
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516649507     +E-mail/Text: bankruptcy@pepcoholdings.com Nov 06 2018 23:45:13      Atlantic City Electric,
               5 Collins Drive Ste 2133,    Mail Stop 84Cp42,    Carneys Point, NJ 08069-3600
516626135     +E-mail/Text: bankruptcy@pepcoholdings.com Nov 06 2018 23:45:13      Atlantic City Electric,
               PO Box 13610,    Philadelphia, PA 19101-3610
516626141      E-mail/Text: bankruptcy@cashcall.com Nov 06 2018 23:46:18       Cash Call Inc.,    1 City Blvd W,
               Orange, CA 92868
516626139     +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Nov 06 2018 23:42:46
               Capital One Auto Finance,    PO Box 260848,    Plano, TX 75026-0848
516952188     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 06 2018 23:42:41
               Capital One Auto Finance, a division of Capital On,    Ascension Capital Group,
               P.O. Box 165028,    Irving, TX 75016-5028
516649643     +E-mail/Text: bankruptcy@cavps.com Nov 06 2018 23:45:55       Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516626143     +E-mail/Text: bankruptcy@cavps.com Nov 06 2018 23:45:55        Citi,
               c/o Cavalry Portfolio Services, LLC,    500 Summit Lake Drive,    Suite 400,
               Valhalla, NY 10595-2321
516626144      E-mail/Text: bankruptcy@philapark.org Nov 06 2018 23:46:20       City of Philadelphia,
               PO Box 41818,    Philadelphia, PA 19101-1818
516626145     +E-mail/Text: bankruptcy@philapark.org Nov 06 2018 23:46:20       City of Philadelphia,
               PO BOX 41819,    Philadelphia, PA 19101-1819
516626147      E-mail/PDF: creditonebknotifications@resurgent.com Nov 06 2018 23:42:43       Credit One Bank,
               PO Box 60500,    City of Industry, CA 91716-0500
516626148     +E-mail/Text: electronicbkydocs@nelnet.net Nov 06 2018 23:45:46       Dept of Education/Nelnet,
               121 S 13th St.,    Lincoln, NE 68508-1904
516626152      E-mail/Text: cio.bncmail@irs.gov Nov 06 2018 23:45:02      IRS,    PO Box 7346,
               Philadelphia, PA 19101-7346
516626153     +E-mail/Text: BKRMailOPS@weltman.com Nov 06 2018 23:45:19       Kay Jewelers,    375 Ghent Road,
               Fairlawn, OH 44333-4600
516736294      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 06 2018 23:43:28       LVNV Funding LLC,
               c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC  29603-0587
516688335      E-mail/PDF: pa_dc_claims@navient.com Nov 06 2018 23:43:20      NAVIENT PC TRUST,
               C/O Navient Solutions, Inc.,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
516626158      E-mail/PDF: pa_dc_claims@navient.com Nov 06 2018 23:43:19      Navient,    PO BOX 9640,
               Wilkes Barre, PA 18773-9640
516677554      E-mail/PDF: cbp@onemainfinancial.com Nov 06 2018 23:42:32       ONEMAIN FINANCIAL,
               P.O. BOX 3251,    EVANSVILLE, IN 47731-3251
516626160      E-mail/PDF: cbp@onemainfinancial.com Nov 06 2018 23:43:41       One Main,    PO BOX 9001122,
               Louisville, KY 40290-1122
516859159      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 06 2018 23:43:17
               Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
               Norfolk VA 23541
516647227     +E-mail/Text: bankruptcy@philapark.org Nov 06 2018 23:46:20       Philadelphia Parking Authority,
               701 Market Street, Suite 5400,    Philadelphia, PA 19106-2895
516626163     +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Nov 06 2018 23:43:55       Regional Acceptance,
               266 Beacon Drive,    Winterville, NC 28590-7924
516632678      E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Nov 06 2018 23:43:55       Regional Acceptance Corporation,
               PO Box 1847,    Wilson, NC 27894-1847
516626164     +E-mail/PDF: pa_dc_claims@navient.com Nov 06 2018 23:43:54      Sallie Mae,    Po Box 9500,
               Wilkes Barre, PA 18773-9500
516677663     +E-mail/PDF: gecsedi@recoverycorp.com Nov 06 2018 23:43:43       Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516635963     +E-mail/Text: electronicbkydocs@nelnet.net Nov 06 2018 23:45:46
               U.S. Department of Education C/O Nelnet,    121 South 13th Street, Suite 201,
               Lincoln, NE 68508-1911
516626169     +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 06 2018 23:45:53       Verizon Wireless,
               c/o Jefferson Capital Systems,    16 McLeland Rd.,    Saint Cloud, MN 56303-2198
                                                                                               TOTAL: 31

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Ally Financial,   PO Box 130424,   Roseville, MN 55113-0004
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 3 of 3            Date Rcvd: Nov 06, 2018
                              Form ID: 137             Total Noticed: 71
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2018 at the address(es) listed below:
              Ari David Kunofsky    on behalf of Creditor    United States of America ari.d.kunofsky@usdoj.gov,
               eastern.taxcivil@usdoj.gov;James.J.Wilkinson@usdoj.gov
              Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, DBA, Christiana
               Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19
               Grantor Trust dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Eric   Clayman    on behalf of Debtor Mahdee R. McNair jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Eric   Clayman    on behalf of Joint Debtor Larena  Robinson jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jeffrey E. Jenkins    on behalf of Joint Debtor Larena  Robinson jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Jeffrey E. Jenkins    on behalf of Debtor Mahdee R. McNair jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A. dba Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Wilmington Savings Fund Society, FSB, DBA,
               Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee
               for WF 19 Grantor Trust rsolarz@kmllawgroup.com
              Thomas J Orr    on behalf of Creditor    Village of Little Mill Homeowner's Association, Inc.
               tom@torrlaw.com,   xerna@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 13
```