**Order Filed on December 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **JENKINS & CLAYMAN**<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor |

| In Re: | Case No: 17-12087 |
|---|---|
| Mahdee McNair and Lorena Robinson<br>Debtor | Chapter: 13 |
| | Judge: ABA |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: December 13, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised it is:

ORDERED that _____Jenkins & Clayman_____, the applicant is allowed a fee of $__5480.50_____ for services rendered and expenses in the amount of $__139.34_____ for a total of $___5619.84_____. The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____2579.00_____ per month for _____40_____ months to allow for payment of the foresaid fee.

United States Bankruptcy Court
District of New Jersey

In re:
Mahdee R. McNair
Larena Robinson
    Debtors

Case No. 17-12087-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Dec 13, 2018
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2018.
db/jdb       +Mahdee R. McNair,    Larena Robinson,    23 Players Lane,    Pine Hill, NJ 08021-6490

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2018 at the address(es) listed below:
           Ari David Kunofsky    on behalf of Creditor    United States of America ari.d.kunofsky@usdoj.gov,
            eastern.taxcivil@usdoj.gov;James.J.Wilkinson@usdoj.gov
           Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, DBA, Christiana
            Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19
            Grantor Trust dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
           Eric   Clayman    on behalf of Joint Debtor Larena  Robinson jenkins.clayman@verizon.net,
            connor@jenkinsclayman.com
           Eric   Clayman    on behalf of Debtor Mahdee R. McNair jenkins.clayman@verizon.net,
            connor@jenkinsclayman.com
           Isabel C. Balboa      ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
           Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
            summarymail@standingtrustee.com
           Jeffrey E. Jenkins    on behalf of Joint Debtor Larena  Robinson jenkins.clayman@verizon.net,
            connor@jenkinsclayman.com
           Jeffrey E. Jenkins    on behalf of Debtor Mahdee R. McNair jenkins.clayman@verizon.net,
            connor@jenkinsclayman.com
           John R. Morton, Jr.     on behalf of Creditor    Wells Fargo Bank, N.A. dba Wells Fargo Dealer
            Services ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
           John R. Morton, Jr.     on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
            mortoncraigecf@gmail.com
           Rebecca Ann Solarz     on behalf of Creditor    Wilmington Savings Fund Society, FSB, DBA,
            Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee
            for WF 19 Grantor Trust rsolarz@kmllawgroup.com
           Thomas J Orr     on behalf of Creditor    Village of Little Mill Homeowner's Association, Inc.
            tom@torrlaw.com,  xerna@aol.com
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                   TOTAL: 13