Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−12087−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Mahdee R. McNair
23 Players Lane
Pine Hill, NJ 08021

Larena Robinson
aka Larena McNair
23 Players Lane
Pine Hill, NJ 08021

Social Security No.:
xxx−xx−4488

xxx−xx−2398

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on May 28, 2019.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 28, 2019
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-12087-ABA
Mahdee R. McNair                                                        Chapter 13
Larena Robinson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 3              Date Rcvd: May 28, 2019
                              Form ID: 148             Total Noticed: 71

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2019.
```
db/jdb         +Mahdee R. McNair,    Larena Robinson,    23 Players Lane,    Pine Hill, NJ 08021-6490
516637099     ++ASCENDIUM EDUCATION SOLUTIONS  INC,    PO BOX 8961,    MADISON WI 53708-8961
               (address filed with court:   Navient Solutions, Inc. on behalf of USA Funds,
                 Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes Barre, PA  18773-9430)
516626136      +Atlantic City Expressway,    Violations Processing Center,    PO BOX 4971,
                 Trenton, NJ 08650-4971
516626137       Berlin Inter Community Ambulance,    c/o Simons Agency, Inc.,    PO BOX 5026,
                 Syracuse, NY 13220-5026
516835237      +Bushkill Group,    PO Box 447,    Bushkill, PA 18324-0447
516626138       Bushkill Group,    PO BOX 822991,    Philadelphia, PA 19182-2291
516626142      +CCMUA,    Po Box 1105,    Bellmawr, NJ 08099-5105
516626174     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:   Zales Credit Plan,    PO Box 183015,    Columbus, OH 43218-3015)
516626140      +Capital One AUto Finance,    c/o Northland Group, Inc.,    PO BOX 390846,
                 Minneapolis, MN 55439-0846
516651037      +Caprice Lett,    12 Paslimet Rd,    Sicklerville, NJ 08081-5670
516626149      +Harvest Credit Management,    c/o Goldman & Warshaw,    118 Westfield Ave,    Clark, NJ 07066-2452
516626150      +Harvest Credit Management,    c/o Nudelman, Klemm & Golub, P.C,    425 Eagle Rock Ave #4,
                 Roseland, NJ 07068-1717
516626154      +Kennedy Health,    c/o Financial Recoveries,    200 East Park Drive, Ste 100,    PO Box 1388,
                 Mount Laurel, NJ 08054-7388
516626155       Kennedy Health System,    PO Box 48023,    Newark, NJ 07101-4823
516845307      +MARINER FINANCE, LLC,    8211 TOWN CENTER DRIVE,    NOTTINGHAM, MD 21236-5904
516626156       Mariner Finance,    PO Box 35394,    Baltimore, MD 21222-7394
516626157       Mariner Finance,    5851 Rt 42 Plaza 42,    Suite 16,    Turnersville, NJ 08012
516663484      +NJ Turnpike Authority,    Mark Schneider, Esq.,    581 Main Street PO Box 5042,
                 Woodbridge, NJ 07095-5042
516678132       Navient Solutions, Inc. on behalf of,    United Student Aid Funds, Inc.,
                 Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes Barre, PA 18773-9430
516626159      +New Jersey Division of Taxation,    50 Barrack Street,    Trenton, NJ 08608-2006
516626161      +Pine Hill Tax Collector,    Kathy Merkh, CTC,    45 W. 7th Ave,    Pine Hill, NJ 08021-6398
516626162       Progressive,    c/o Caine & Weiner,    21210 Erwin St.,    West Hills, CA 91307
516766099     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Department of the Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
516626165      +South Jersey Gas,    PO Box 6091,    Bellmawr, NJ 08099-6091
516626166       Specialized Loan Servicing,    PO BOX 630147,    Littleton, CO 80163-0147
517726664       United Student Aid Funds, Inc. (USAF),    PO Box 8961,    Madison WI  53708-8961
516626167       Vanz, LLC,    c/o Fein Such Kahn & Shepard PC,    7 Century Drive  Ste 201,
                 Parsippany, NJ 07054-4609
516626168      +Verizon,    c/o National Recovery Operations,    14735 Hwy 65,    Andover, MN 55304-6101
516659958      +Village of Little Mill HOA,    Thomas J. Orr,    321 High Street,    Burlington, NJ 08016-4411
516626170      +Village of Little Mill Homeowners Assoc.,    c/o Law Office of Dennis McInerney, LLC,
                 Moorestown Times Square,    710 E. Main Street, Ste 2B,    Moorestown, NJ 08057-3066
516626171      +Vincera Surgery Center,    1200 Constitution Ave,    Philadelphia, PA 19112-1323
516797382      +WF 19 Grantor Trust,    c/o Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
516626172      +Wells Fargo Bank,    c/o Phelan Hallinan & Diamond,    400 Fellowship Road, Suite 100,
                 Mount Laurel, NJ 08054-3437
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 29 2019 00:31:45      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 29 2019 00:31:42      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: WFFC.COM May 29 2019 04:08:00      Wells Fargo Bank, N.A. dba Wells Fargo Dealer Serv,
                 P.O. Box 1879,    Winterville, NC 28590-1879
516645726       EDI: GMACFS.COM May 29 2019 04:08:00      Ally Financial,    PO Box 130424,
                 Roseville MN 55113-0004
516626134       EDI: GMACFS.COM May 29 2019 04:08:00      Ally Financial,    P. O. Box 78252,
                 Phoenix, AZ 85062-8252
516760090       EDI: AIS.COM May 29 2019 04:08:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
516649507      +E-mail/Text: bankruptcy@pepcoholdings.com May 29 2019 00:31:18      Atlantic City Electric,
                 5 Collins Drive Ste 2133,    Mail Stop 84Cp42,    Carneys Point, NJ 08069-3600
516626135      +E-mail/Text: bankruptcy@pepcoholdings.com May 29 2019 00:31:18      Atlantic City Electric,
                 PO Box 13610,    Philadelphia, PA 19101-3610
516626141       E-mail/Text: bankruptcy@cashcall.com May 29 2019 00:32:20      Cash Call Inc.,    1 City Blvd W,
                 Orange, CA 92868
516626139      +EDI: CAPONEAUTO.COM May 29 2019 04:08:00      Capital One Auto Finance,    PO Box 260848,
                 Plano, TX 75026-0848
```

```
District/off: 0312-1           User: admin                  Page 2 of 3                   Date Rcvd: May 28, 2019
                               Form ID: 148                 Total Noticed: 71


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516952188      +EDI: AISACG.COM May 29 2019 04:08:00      Capital One Auto Finance, a division of Capital On,
                 Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
516649643      +E-mail/Text: bankruptcy@cavps.com May 29 2019 00:32:02      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516626143      +E-mail/Text: bankruptcy@cavps.com May 29 2019 00:32:03      Citi,
                 c/o Cavalry Portfolio Services, LLC,    500 Summit Lake Drive,    Suite 400,
                 Valhalla, NY 10595-2321
516626144       E-mail/Text: bankruptcy@philapark.org May 29 2019 00:32:23      City of Philadelphia,
                 PO Box 41818,    Philadelphia, PA 19101-1818
516626145      +E-mail/Text: bankruptcy@philapark.org May 29 2019 00:32:23      City of Philadelphia,
                 PO BOX 41819,    Philadelphia, PA 19101-1819
516626146       E-mail/Text: bknotice@ercbpo.com May 29 2019 00:31:51      Comcast,
                 c/o Enhanced Recovery Company, LLC,    PO BOX 23870,    Jacksonville, FL 32241-3870
516626147       EDI: RCSFNBMARIN.COM May 29 2019 04:08:00      Credit One Bank,    PO Box 60500,
                 City of Industry, CA 91716-0500
516626148      +E-mail/Text: electronicbkydocs@nelnet.net May 29 2019 00:31:47      Dept of Education/Nelnet,
                 121 S 13th St.,    Lincoln, NE 68508-1904
516626151       EDI: IIC9.COM May 29 2019 04:08:00      IC Systems Inc.,    PO Box 64378,
                 Saint Paul, MN 55164-0378
516626152       EDI: IRS.COM May 29 2019 04:08:00      IRS,   PO Box 7346,    Philadelphia, PA 19101-7346
516626153      +E-mail/Text: BKRMailOPS@weltman.com May 29 2019 00:31:22      Kay Jewelers,    375 Ghent Road,
                 Fairlawn, OH 44333-4600
516736294       EDI: RESURGENT.COM May 29 2019 04:08:00      LVNV Funding LLC,    c/o Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC   29603-0587
516688335       EDI: NAVIENTFKASMSERV.COM May 29 2019 04:08:00      NAVIENT PC TRUST,
                 C/O Navient Solutions, Inc.,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
516626158       EDI: NAVIENTFKASMSERV.COM May 29 2019 04:08:00      Navient,    PO BOX 9640,
                 Wilkes Barre, PA 18773-9640
516677554       EDI: AGFINANCE.COM May 29 2019 04:08:00      ONEMAIN FINANCIAL,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
516626160       EDI: AGFINANCE.COM May 29 2019 04:08:00      One Main,    PO BOX 9001122,
                 Louisville, KY 40290-1122
516859159       EDI: PRA.COM May 29 2019 04:08:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.A.,    POB 41067,    Norfolk VA 23541
516647227      +E-mail/Text: bankruptcy@philapark.org May 29 2019 00:32:24      Philadelphia Parking Authority,
                 701 Market Street, Suite 5400,    Philadelphia, PA 19106-2895
516626163      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM May 29 2019 00:37:24      Regional Acceptance,
                 266 Beacon Drive,    Winterville, NC 28590-7924
516632678       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM May 29 2019 00:37:24      Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
516626164      +EDI: NAVIENTFKASMSERV.COM May 29 2019 04:08:00      Sallie Mae,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
516677663      +EDI: RMSC.COM May 29 2019 04:08:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
516635963      +E-mail/Text: electronicbkydocs@nelnet.net May 29 2019 00:31:47
                 U.S. Department of Education C/O Nelnet,    121 South 13th Street, Suite 201,
                 Lincoln, NE 68508-1911
516626169      +EDI: JEFFERSONCAP.COM May 29 2019 04:08:00      Verizon Wireless,
                 c/o Jefferson Capital Systems,    16 McLeland Rd.,    Saint Cloud, MN 56303-2198
516719129       EDI: WFFC.COM May 29 2019 04:08:00      Wells Fargo Bank,,    d/b/a Wells Fargo Dealer Services,
                 PO Box 19657,    Irvine, CA 92623-9657
516711903      +EDI: WFFC.COM May 29 2019 04:08:00      Wells Fargo Bank, N.A. Home Equity Group,
                 1 Home Campus X2303-01A,    Des Moines, IA 50328-0001
516626173       EDI: WFFC.COM May 29 2019 04:08:00      Wells Fargo Dealer Services,    PO box 25341,
                 Santa Ana, CA 92799-5341
516771812      +EDI: WFFC.COM May 29 2019 04:08:00      Wells Fargo Dealer Services, Inc.,    P.O. Box 997517,
                 Sacramento, CA 95899-7517
                                                                                               TOTAL: 38

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            Ally Financial,   PO Box 130424,    Roseville, MN   55113-0004
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-1           User: admin               Page 3 of 3                  Date Rcvd: May 28, 2019
                               Form ID: 148              Total Noticed: 71
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2019 at the address(es) listed below:
              Ari David Kunofsky    on behalf of Creditor    United States of America ari.d.kunofsky@usdoj.gov,
               eastern.taxcivil@usdoj.gov;James.J.Wilkinson@usdoj.gov
              Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, DBA, Christiana
               Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19
               Grantor Trust dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Eric  Clayman    on behalf of Debtor Mahdee R. McNair jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Eric  Clayman    on behalf of Joint Debtor Larena  Robinson jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jeffrey E. Jenkins    on behalf of Joint Debtor Larena  Robinson jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Jeffrey E. Jenkins    on behalf of Debtor Mahdee R. McNair jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A. dba Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Wilmington Savings Fund Society, FSB, DBA,
               Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee
               for WF 19 Grantor Trust rsolarz@kmllawgroup.com
              Thomas J Orr    on behalf of Creditor    Village of Little Mill Homeowner's Association, Inc.
               tom@torrlaw.com,  xerna@aol.com;orrtr87054@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 13
```